HEATHER HEARNE (SBN 254496)
hdh@kullmanlaw.com
**THE KULLMAN FIRM, PLC**
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone:  (225) 906-4250
Facsimile: (225) 906-4230

Attorney for Defendant
Halliburton Energy Services, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAONA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HALLIBURTON ENERGY SERVICES, INC., a corporate entity; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00333-JLT-BAK (SKO)<br><br>**JOINT MOTION AND STIPULATION TO STAY OF PROCEEDINGS PENDING ARBITRATION; ORDER**<br><br>(Docs. 4, 11)<br><br>Hon. Jennifer L. Thurston<br><br>Action Filed:     November 12, 2021<br>Action Removed:  March 21, 2022 |

Plaintiff Michael Gaona ("Plaintiff") and Defendant Halliburton Energy Services, Inc. ("Defendant") (collectively referred to as "the Parties") hereby stipulate and jointly move for a court order staying these proceedings pending arbitration between the Parties.

WHEREAS on November 12, 2021, Plaintiff filed a Complaint in the Superior Court of the State of California in and for the County of Kern, Case No. BCV-21-102675, asserting nine causes of action: (1) Discrimination in Violation of Gov.

Code § 12940 *et seq.*; (2) Age Discrimination in Violation of Gov. Code § 12940 *et seq.*; (3) Failure to Accommodate in Violation of Gov. Code § 12940(m); (4) Failure to Engage in the Interactive Process in Violation of Gov. Code § 12940(n); (5) Failure to Prevent Discrimination in Violation of Gov. Code § 12940(k); (6) Retaliation in Violation of Gov. Code § 12940(h); (7) Wrongful Termination; (8) Meal and Rest Break Violations of Labor code §226.7; and (9) Violation of Business & Professions Code § 17200 *et seq.* [*See* Dkt. 1-2.]

Defendant removed Plaintiff's Complaint to this Court on March 21, 2022. [*See* Dkt. 1.] Thereafter, Defendant filed a motion to compel arbitration and dismiss or, in the alternative, to stay. [*See* Dkt. 4.]

WHEREAS the Parties desire to have these proceedings, including any and all claims raised in the Complaint in this Action, and any and all defenses thereto, resolved via binding arbitration. Accordingly, Plaintiff and Defendant hereby stipulate and agree as follows:

1. Plaintiff and Defendant stipulate and agree to submit these proceedings to final and binding arbitration pursuant to the terms of the Agreement.

2. The arbitration shall be conducted through JAMS.

3. The Action shall be stayed pending resolution of arbitration pursuant to 9 U.S.C. § 3 and other applicable law.

4. This stipulation and joint motion may be executed in any number of facsimile or electronic counterparts, each of which shall be deemed an original, and all such counterparts taken together shall be deemed to constitute one and the same instrument.

5. The Parties further stipulate and agree that this Court shall retain jurisdiction to confirm the arbitration award, if any, and to enter judgment, if any, for the purposes of enforcement.

///

///

Dated: April 11, 2022

Submitted by:

| | |
|---|---|
| **SMAILI & ASSOCIATES, PC** | **THE KULLMAN FIRM** |
| | */s/ Heather D. Hearne* |
| */s/ Stephen D. Counts* | HEATHER D. HEARNE |
| JIHAD M. SMAILI | Attorney for Defendant |
| STEPHEN D. COUNTS | HALLIBURTON ENERGY SERVICES, INC. |
| Attorneys for Plaintiff, Michael Gaona | |

### ORDER

Pursuant to the parties' above stipulation (Doc. 11), and for good cause shown,

IT IS HEREBY ORDERED that the action is STAYED pending resolution of the arbitration. Defendant's Motion to Compel Arbitration and Dismiss or, in the Alternative, to Stay (Doc. 4) is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **April 11, 2022**          */s/ Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

JOINT MOTION AND STIPULATION TO STAY
PROCEEDINGS PENDING ARBITRATION

3